UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: §
§
CLAUDIA JANET HOWARD § CHAPTER 7
SSN: xxx-xx-8358 §
STANLEY HERBERT HOWARD § CASE NO. 08-83821-CRJ7
SSN: xxx-xx-6544 §
DEBTOR(S). §

TRUSTEE'S REPORT OF UNCLAIMED FUNDS
UNDER BANKRUPTCY RULE 3011

Pursuant to Bankruptcy Rule 3011, below is a list of all known names and addresses of the entities which are entitled to be paid from the remaining property of the estate and the respective amounts payable to them.

| Claim No. | Creditor and Last Known Address | Dividend or Unclaimed Funds |
|---|---|---|
| ADM Claim | Claudia Janet and Stanley Howard<br>116 Dodi Dr., Apt C<br>Madison. AL 35614 | $15,562.77 Surplus Funds |

Respectfully submitted this the 6th day of February, 2023.

/s/ Robert A. Morgan
Robert A. Morgan, Trustee

/s/Robert A. Morgan
Robert A. Morgan, Trustee
1130 University Blvd, Suite B9, Box 632
Tuscaloosa, Alabama 35401
Telephone: (205) 561-9310
ramorgan@bellsouth.net